|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| GRACIE BURNS, | No. 1:20-cv-01526 (GSA) |
| Plaintiff, | **STIPULATION OF DISMISSAL AND ORDER** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) which provides that a plaintiff may dismiss an action without court order by filing "a stipulation of dismissal signed by all parties who have appeared," IT IS HEREBY STIPULATED BY ALL PARTIES, through their undersigned attorneys, and with the approval of the Court, that Plaintiff voluntarily dismiss, with prejudice, the above-referenced action. Each party agrees to bear their own attorney fees, costs, and expenses associated with the action.

Respectfully submitted,

Dated: July 12, 2021       NEWEL LAW

By: *Melissa Newel*
Melissa Newel
Attorney for Plaintiff
GRACIE BURNS

Dated: July 12, 2021       PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: Oscar Gonzalez*
OSCAR GONZALEZ

(*authorized by email dated 07/12/2021)
Special Assistant U.S. Attorney
Attorneys for Defendant

## **ORDER**

Based upon the stipulation of the parties, this matter is dismissed and the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: __**July 13, 2021**__           _____**/s/ Gary S. Austin**_____
                                                    UNITED STATES MAGISTRATE JUDGE